# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| | : | Case Number: 17-00549 RNO |
| IN RE: Mathew Billet Duncan Rachel Marie Duncan Debtor(s) | : | |
| | : | |
| | : | |
| Toyota Motor Credit Corporation Movant | : | Chapter: 13 |
| v. | : | |
| Mathew Billet Duncan Rachel Marie Duncan Debtor(s) and | : | |
| | : | |
| Charles J. DeHart, III Esq. Trustee | | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

AND NOW, the Debtors by and through their attorney, Dawn M. Cutaia, file this

Answer and in support thereof states the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted in part; denied in part. It is admitted that Debtors are in default,

but it is denied that Movant lacks adequate protection. Debtors have properly cared for the vehicle.  Debtors would like an opportunity to explore options with the lender on how they can keep the car.

9. This is a request for relief and therefore no response is required.

Respectfully Submitted:

/s/ Dawn M. Cutaia
Cutaia Law, LLC
115 E. Philadelphia Street
York, PA 17401
717-304-1841
dmcutaia@gmail.com