UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>IN RE: Mathew Billet Duncan Rachel Marie Duncan Debtor(s)<br><br>Toyota Motor Credit Corporation Movant<br>v.<br>Mathew Billet Duncan Rachel Marie Duncan Debtor(s) and<br><br>Charles J. DeHart, III Esq. Trustee | Case Number: 17-00549 RNO<br><br>Chapter: 13 |

## **PRAECIPE TO WITHDRAW ANSWER TO MOTION FOR RELIEF FROM STAY**

To the Clerk:

Kindly withdraw the Answer filed by the Debtors in the above captioned action. Debtors have returned the vehicle and consent to the lifting of the stay regarding this specific asset.

Respectfully Submitted:

/s/ Dawn M. Cutaia
Cutaia Law, LLC
115 E. Philadelphia Street
York, PA 17401
717-304-1841
dmcutaia@gmail.com