# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MATHEW BILLET DUNCAN
         RACHEL MARIE DUNCAN                    CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant                                CASE NO:  1-17-00549-RNO

MATHEW BILLET DUNCAN
RACHEL MARIE DUNCAN

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 24, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- amend the plan within 30 days curing arrears.
- file a motion for wage attachment for payment of the regular monthly payment to the trustee within 30 days of stipulation.
- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 24, 2017, the Debtor(s) is/are $1605.24 in arrears with a plan payment having never been made .

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/  Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: October 24, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATHEW BILLET DUNCAN
RACHEL MARIE DUNCAN

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

MATHEW BILLET DUNCAN
RACHEL MARIE DUNCAN

CASE NO: 1-17-00549-RNO

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on October 24, 2017.

DAWN MARIE CUTAIA, ESQUIRE
115 EAST PHILADELPHIA STREET
YORK, PA 17401-

MATHEW BILLET DUNCAN
RACHEL MARIE DUNCAN
897 COUNTRYSIDE RD.
SEVEN VALLEYS, PA 17360

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 24, 2017