In re:                                                              Case No. 17-00549-RNO
Mathew Billet Duncan                                               Chapter 13
Rachel Marie Duncan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach          Page 1 of 2          Date Rcvd: Oct 27, 2017
                             Form ID: pdf010         Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
```
db/jdb        +Mathew Billet Duncan,   Rachel Marie Duncan,   897 Countryside Rd,
               Seven Valleys, PA 17360-8966
cr            +Logan's Reserve Homeowners Association,   ANSELL GRIMM & AARON, PC,   David J. Byrne, Esq.,
               214 Carnegie Center,   Suite 112,   Princeton, NJ 08540-6237
4893787        American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
4883509       +Amex,   Correspondence,   Po Box 981540,   El Paso TX 79998-1540
4930656       +Baltimore Gas & Electric Co,   PO Box 1475,   Baltimore, MD 21203-1475
4883511       #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro NC 27420-6012
4883512       +Barclays Bank Delaware,   Po Box 8801,   Wilmington DE 19899-8801
4883515       +Capital One,   Po Box 30285,   Salt Lake City UT 84130-0285
4883516       +Capital One Auto Finance,   Attn: Bankruptcy Dept,   Po Box 30258,
               Salt Lake City UT 84130-0258
4885244       +Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 165028,
               Irving, TX 75016-5028
4905736       +Capital One Auto Finance, c/o Ascension Capital Gr,   P.O. Box 201347,
               Arlington, TX 76006-1347
4883517       +Citibank North America,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
               Saint Louis MO 63179-0040
4883518       +Global Credit Network,   Po Box 3097,   Gaithersburg MD 20885-3097
4952385       +Guardian Protection Services,   174 Thorn Hill Road,   Warrendale, PA 15086-7528
4931015       +Logan's Reserve Homeowners Association,   c/o Ansell Grimm & Aaron, PC,
               214 Carnegie Center, Suite 112,   Princeton, NJ 08540-6237
4931426       +PennyMac Loan Services, LLC,   6101 Condor Drive, Suite 200,   Moorpark, CA 93021-2602
4883520        Pennymac Loan Services,   Attn: Bankruptcy,   Po Box 514357,   Los Angeles CA 90051
4918813       +Springfield Township York County Sewer Authority,   P.O. Box 75,   Seven Valleys, PA 17360-0075
4883521       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor credit Corp,   Po Box 8026,   Cedar Rapids IA 52408)
4894958       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
4883523       +Usa Funds/sallie Mae Servicing,   Cbe Group,   Po Box 900,   Waterloo IA 50704-0900
4883524       +Usaa Federal Savings Bank,   10750 Mcdermott Freeway,   San Antonio TX 78288-1600
4931453        Wells Fargo Bank, N.A.,   Default Document Processing,   MAC# N9286-01Y,
               1000 Blue Gentian Road,   Eagan MN 55121-7700
4883507       +York Adams Tax Claim Bureau,   PO BOX 15627,   York PA 17405-0156
4883508        a,   York PA 17404
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4930613       +E-mail/Text: g20956@att.com Oct 27 2017 18:40:39     AT&T Mobility II LLC,
               %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ 07921-2693
4905538        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 18:43:50
               Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
               Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
4883513       +E-mail/Text: banko@berkscredit.com Oct 27 2017 18:40:29     Berks Credit & Collections,
               Po Box 329,   Temple PA 19560-0329
4883506        E-mail/Text: cio.bncmail@irs.gov Oct 27 2017 18:40:28     IRS Centralized Insolvency Oper.,
               PO Box 21126,   Philadelphia PA 19114-0326
4883519       +E-mail/PDF: pa_dc_claims@navient.com Oct 27 2017 18:43:46     Navient,   Attn: Bankruptcy,
               Po Box 9500,   Wilkes-Barr PA 18773-9500
4893738        E-mail/PDF: pa_dc_litigation@navient.com Oct 27 2017 18:49:13
               Navient Solutions, Inc. on behalf of,   United Student Aid Funds, Inc.,
               Attn: Bankruptcy Litigation Unit E3149,   PO Box 9430,   Wilkes Barre, PA 18773-9430
4929760        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2017 18:49:13
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4892596       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2017 18:49:14
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4883522       +E-mail/Text: bankruptcydepartment@tsico.com Oct 27 2017 18:40:40     Transworld Sys Inc/51,
               Po Box 15618,   Wilmington DE 19850-5618
4906859       +E-mail/Text: bncmail@w-legal.com Oct 27 2017 18:40:34     USAA SAVINGS BANK,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4886716        E-mail/PDF: pa_dc_litigation@navient.com Oct 27 2017 18:43:46
               United Student Aid Funds, Inc.,   Attn: Bankruptcy Litigation Unit E3149,   PO Box 9430,
               Wilkes Barre, PA 18773-9430
4883525       +E-mail/Text: bkrpt21@maxprofitsys.com Oct 27 2017 18:40:32     Valley Credit Service, Inc,
               Po Box 2162,   Hagerstown MD 21742-2162
                                                                                       TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4883510          b
4883514          c
cr*         +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
              Irving, TX 75016-5028
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*         +Springfield Township York County Sewer Authority,    P.O. Box 75,    Seven Valleys, PA 17360-0075
                                                             TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Craig S. Sharnetzka  on behalf of Creditor   Springfield Township York County Sewer Authority
        csharnetzka@cgalaw.com,
        tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
        m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
        David J Byrne  on behalf of Creditor  Logan's Reserve Homeowners Association
        djb@ansellgrimm.com,  rbl@ansellgrimm.com
        Dawn Marie Cutaia  on behalf of Debtor 1 Mathew Billet Duncan dmcutaia@gmail.com,
        cutaialawecf@gmail.com;r46159@notify.bestcase.com
        Dawn Marie Cutaia  on behalf of Debtor 2 Rachel Marie Duncan dmcutaia@gmail.com,
        cutaialawecf@gmail.com;r46159@notify.bestcase.com
        James Warmbrodt  on behalf of Creditor  Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Jill Manuel-Coughlin  on behalf of Creditor  PENNYMAC LOAN SERVICES, LLC jill@pkjllc.com,
        chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        United States Trustee  ustpregion03.ha.ecf@usdoj.gov

                                              TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mathew Billet Duncan** **Rachel Marie Duncan** | **Chapter:** | **13** |
| **Debtor(s)** | **Case No.:** | **1-17-bk-00549-RNO** |
| **Charles J DeHart, III, Chapter 13 Trustee** | **Document No.:** | **64** |
| vs. **Movant(s)** | | |
| **Mathew Billet Duncan** **Rachel Marie Duncan** | | |
| **Respondent(s)** | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default on Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

October 26, 2017

Order Dismissing Case  with Parties 9/17